**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EDILBERTO MARTIN ESCALANTE-LEDESMA,<br>　　aka "Edilberto Escalante,"<br>　　aka "Edilberto Ledesma,"<br><br>　　　　Defendant. | Case No. 2:24-mj-483-MDC<br><br>**Order on Stipulation<br>to Extend Deadlines to Conduct<br>Preliminary Hearing and File<br>Indictment** |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served; the time requested by this stipulation being excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), and Federal Rule of Criminal Procedure 5.1, considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv):

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled on June 6, 2024 at the hour of 4:00 p.m., be vacated and continued to hour of July 22, 2024 at 4:00 pm in LV Courtroom TBD before Magistrate Judge Maximiliano D. Couvillier, III.

DATED this __30__ day of May, 2024.

_____
HONORABLE MAXIMILIANO D. COUVILLIER III
UNITED STATES MAGISTRATE JUDGE